NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
AT DETROIT

| | |
|---|---|
| In Re: | Case No. 20-51213 |
| | Chapter 13 |
| Ronald M Smith, Jr | Judge Maria L. Oxholm |
| Kristen A. Smith | |
| Debtors | |

Ronald M Smith, Jr
Kristen A. Smith                    Adversary Case No. 21-04060

                 Plaintiffs

vs.

Wilmington Savings Fund Society, FSB
Franklin Credit Management Corporation

                 Defendants

**ORDER GRANTING STIPULATION RESOLVING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENTAND JUDGMENT ON THE PLEADINGS**

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that Defendant's lien is avoided as a preference that encumbers the property commonly described as 5300 E. Monroe St., Tecumseh, MI 49286, and described in detail as:

> All that part of the East Yz of the NEW Y4 of Section 35, Town 5 South, Range 4 East, described at a point located 1,319 .6 feet North 89° 43' 30" West and 1,048.43 feet South 0° 42' West, from the North Quarter Post of Section 35, aforesaid for a place of beginning; running thence South 0° 42' West line of the said East Yz of the NW Y4 of Section 35, 854.26 feet to the Northerly right-of-way line of LaPlaisance Bay Turnpike, now known as Highway M-50; thence South 79° 41' East, along said highway line, 202.84 feet; thence North 0° 42' East 888.15 feet; thence

North 89° 18' West 200 feet to the place of beginning.

IT IS FURTHER ORDERED that upon discharge in this matter, under 11 USC § 1328, Defendant shall execute a lien release, discharge, or equivalent document extinguishing such claim in the above-described property;

IT IS FURTHER ORDERED that, pursuant to 11 USC §502(d), Creditor's claim in its present form is disallowed and that nothing in this order shall be construed to deny Creditor the right to refile its claim as unsecured;

IT IS FURTHER ORDERED that this Order resolves all matters in their entirety with prejudice.

**Signed on August 26, 2021**

/s/ Maria L. Oxholm
**Maria L. Oxholm
United States Bankruptcy Judge**